IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

KEVEN LEE CARTER, )
)
       **Plaintiff**, )
)
vs. ) CIVIL NO. 10-784-GPM
)
MICHAEL P. RANDLE, *et al.*, )
)
       **Defendants.** )

## MEMORANDUM AND ORDER

**MURPHY, District Judge:**

      This action came before the Court on Plaintiff's motion to proceed *in forma pauperis*. On February 11, 2011, the Court denied the motion under 28 U.S.C. § 1915(g) and ordered Plaintiff to pay the full filing fee of $350.00 by March 3, 2011. Plaintiff has not paid the filing fee as ordered. Accordingly, this action is **DISMISSED with prejudice** for Plaintiff's failure to comply with an order of this Court. FED. R. CIV. P. 41(b); *see generally Ladien v. Astrachan,* 128 F.3d 1051 (7th Cir. 1997); *Johnson v. Kamminga,* 34 F.3d 466 (7th Cir. 1994). The Clerk of Court is **DIRECTED** to enter judgment accordingly.

      **IT IS SO ORDERED.**

      DATED: 03/31/11

                                                            s/ *G. Patrick Murphy*
                                                           G. PATRICK MURPHY
                                                          United States District Judge